Stephen PETE on behalf of himself and all others similarly situated, et al., Plaintiff-Intervenors,

v.

UNITED MINE WORKERS OF AMERICA WELFARE AND RETIREMENT FUND OF 1950 et al., Appellants.

Slimp KISER, on behalf of himself and all other similarly situated plaintiffs, et al.

v.

UNITED MINE WORKERS OF AMERICA WELFARE AND RETIREMENT FUND OF 1950, et al., Appellants.

Nos. 73–1270, 73–1393.

United States Court of Appeals District of Columbia Circuit.

Oct. 2, 1974.

Before BAZELON, Chief Judge, and WRIGHT, McGOWAN, TAMM, LEVENTHAL, ROBINSON, MacKINNON, ROBB and WILKEY, Circuit Judges.

ORDER

PER CURIAM.

On consideration of the "Petition for Rehearing En Banc" and the "Petition for Rehearing and/or Suggestion for Rehearing En Banc", it is

Ordered by the Court *en banc* that the above entitled cases shall be reheard by the Court sitting *en banc* at 2:00 P.M. Wednesday, October 23, 1974.

Slimp KISER, on behalf of himself and all other persons who have been denied pension payments from the United Mine Workers of America Welfare and Retirement Fund et al., Appellants,

v.

W. A. BOYLE et al.

No. 73–2197.

United States Court of Appeals, District of Columbia Circuit.

Oct. 17, 1974.

Before BAZELON, Chief Judge, and WRIGHT, McGOWAN, TAMM, LEVENTHAL, ROBINSON, MacKINNON, ROBB and WILKEY, Circuit Judges.

ORDER

PER CURIAM.

It is ordered by the Court *en banc, sua sponte,* that the above entitled case shall be reargued before the Court sitting *en banc* at 2:00 P.M., Wednesday, October 23, 1974, along with appeal numbers 73–1393—*Kiser, et al. v. Huge, et al.,* and 73–1270—*Pete, et al., v. United Mine Workers of America Welfare and Retirement Fund of 1950, et al.,* 170 U.S.App. D.C. ——, 517 F.2d. 1274.